UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK JOHNSON,
on behalf of himself and all others
similarly situated,

    Plaintiffs,

v.

MORTON'S RESTAURANT GROUP, INC.,

    Defendant.

05 11058 MLW

JURY DEMANDED

RECEIPT # 64446
AMOUNT $ 250.00
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 5/20/05

MAGISTRATE JUDGE MBB

## COMPLAINT

### I. INTRODUCTION

1. This is an action brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., by Mark Johnson on behalf of himself and other current and former waitstaff employees at Morton's of Chicago restaurants throughout the United States, which are owned and operated by Defendant Morton's Restaurant Group, Inc. ("Morton's"), an upscale steakhouse chain. As set forth below, Morton's has had a longstanding national policy throughout its restaurants under which its waitstaff employees have not been permitted to retain all of their tips and yet have received less than the permissible standard minimum wage, as the defendant has improperly taken a "tip credit" against the minimum wage for these employees. On behalf of himself and all others similarly situated who may choose to opt-in to this action, plaintiff Mark Johnson now seeks restitution for the tips they have not been permitted to retain, as well as the portion of the minimum wage that they did not receive in base pay, liquidated damages,

attorneys' fees and costs, and any other damages to which they may be entitled under law.

## II. PARTIES

2. Plaintiff Mark Johnson is an adult resident of Cambridge, Massachusetts. Mr. Johnson worked as a waiter at Morton's of Chicago in Boston, Massachusetts, from May 1998 until July 2002.

3. Mr. Johnson brings this action on his own behalf and on behalf of all others similarly situated, who may choose to opt-in to this case. This opt-in class may exclude waiters who have participated in similar actions that have resolved or are currently pending.

4. Defendant Morton's Restaurant Group, Inc., is a Delaware corporation that operates more than 60 Morton's of Chicago restaurants throughout the United States.

## III. JURISDICTIONAL STATEMENT

5. The jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1331. This case arises under the laws of the United States of America.

## IV. STATEMENT OF FACTS

6. In its restaurants throughout the United States (with a few limited exceptions), Morton's waitstaff have received a base pay which is less than the standard federal minimum wage, currently $5.15 per hour. Morton's waitstaff are generally paid the "service minimum wage" applicable in each state. For states that do not have their own service minimum wage, Morton's waitstaff are paid the federal service minimum wage, which is currently $2.13 per hour. In some states, the state minimum wage rate which the waitstaff receive is somewhat higher, but still less than the standard federal

2

minimum wage. For example, in Massachusetts, Morton's waitstaff, including Mr. Johnson, received the state service minimum wage, which is currently $2.63 per hour.

7. Morton's employees have not been permitted to retain all of their tips.

8. Instead, under a formula devised by management, tipped employees are required to "tip out" various other employees from the tips they receive from customers, including a percentage of their tips to management.

9. In each Morton's restaurant, there is a set percentage of tips that waitstaff employees are expected to pay to their managers. These managers are not traditionally tipped employees. The managers whom waitstaff are expected to tip out include General Managers, as well as other managers. The managers whom waitstaff are expected to tip out include those who have power to hire and fire and who would be classified as "employers" under the FLSA.

10. Morton's does not explain to its waitstaff employees that it intends to take a "tip credit" against the minimum wage, that it intends to treat tips as satisfying part of their minimum wage obligation, nor does it explain anything to its waitstaff about a "tip credit" or what a "tip credit" is.

11. Morton's has been subjected to a number of investigations and legal actions regarding its tip policy in certain parts of the country, which should have placed it on notice of its legal violation, but Morton's has nevertheless maintained this policy as a general policy throughout the country.

12. Morton's violation of the minimum wage and "tip credit" requirements of the FLSA in requiring or expecting its waitstaff employees to tip out managers and other non-traditionally tipped employees, has been knowing and willful.

## COUNT I

FAIR LABOR STANDARDS ACT, 29 U.S.C. §§ 201 et seq.

Defendant's conduct, as set forth above, in failing to pay its waitstaff employees the full federal minimum wage, in failing to allow these employees to retain all of their tips, and in failing to provide the legally required notice regarding its intention to take a "tip credit," violates the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. As set forth above, Defendant has improperly taken a "tip credit" against the minimum wage in violation of 29 U.S.C. § 203(m).

## JURY DEMAND

Plaintiffs request a trial by jury on their claims.

WHEREFORE, Plaintiffs request that this Court enter the following relief:

1. Opportunity to notify other similarly situated employees of their right to opt-in to this action;

2. Restitution for tips that Morton's waitstaff employees have not been permitted to retain;

3. Restitution for the portion of the minimum wage that Morton's waitstaff employees have not received in base pay;

4. Liquidated damages;

5. Attorneys' fees and costs; and

6.  Any other relief to which Plaintiffs may be entitled.

>Respectfully submitted,
>
>MARK JOHNSON, on behalf of himself and all others similarly situated,
>
>By his attorney,
>
>_____
>Shannon Liss-Riordan, Esq., BBO # 640716
>PYLE, ROME, LICHTEN, EHRENBERG
>   & LISS-RIORDAN, P.C.
>18 Tremont Street, 5th Floor
>Boston, MA 02108
>(617) 367-7200

Dated: May 20, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)  Mark Johnson, et al v. Morton's Restaurant Group, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   X   II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

05 11058 MLW

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES    (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?  (SEE 28 USC §2403)

   YES    (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES    (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES    (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   (YES)    NO

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       (EASTERN DIVISION)    CENTRAL DIVISION    WESTERN DIVISION

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION    CENTRAL DIVISION    WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Shannon Liss-Riordan, Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
ADDRESS  18 Tremont Street, Ste. 500, Boston, MA 02108
TELEPHONE NO.  617-367-7200

(Cover sheet local.wpd - 11/27/00)

≈JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Mark Johnson on behalf of himself and all others similarly situated

### DEFENDANTS
Morton's Restaurant Group, Inc.

**(b)** County of Residence of First Listed Plaintiff __Middlesex__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Shannon Liss-Riordan
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan
18 Tremont Street, Ste 500, Boston, MA 02108
617-367-7200

Attorneys (If Known)
Elise M. Bloom & Diane Windholz
Jackson, Lewis
59 Maiden Lane, New York, NY 10038-4502
212-545-4000

05-11058 MLW

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights / ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. Secs. 201 et seq. FLSA Tip Credit Violation

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE  5/20/05
SIGNATURE OF ATTORNEY OF RECORD  Shannon Liss-Riordan

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____