UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK JOHNSON, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>MORTON'S RESTAURANT GROUP, INC., and MORTON'S OF CHICAGO, INC.<br>    Defendants. | Civil Action No.: 05-11058-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants, Morton's Restaurant Group, Inc. and Morton's of Chicago, Inc., in this matter.

>Respectfully submitted,
>
>MORTON'S RESTAURANT GROUP, INC.,
>AND MORTON'S OF CHICAGO, INC.
>
>By their attorneys,
>
>/s/ David J. Kerman
>David Kerman (BBO #269370)
>Jackson Lewis LLP
>75 Park Plaza
>Boston, Massachusetts 02116
>(617) 367-0025; (617) 367-2155 (fax)

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2005, I caused a copy of the foregoing document to be served by first class mail, postage prepaid, on Plaintiff's attorney, Shannon Liss-Riordan, of Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, 5th Floor, Boston, MA  02108

/s/ Heather L. Stepler
Jackson Lewis LLP