UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK JOHNSON, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>MORTON'S RESTAURANT GROUP, INC., and MORTON'S OF CHICAGO, INC.<br>    Defendants. | Civil Action No.: 05-11058-MLW |

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

Counsel for Defendants, David J. Kerman of the law firm Jackson Lewis LLP, hereby moves this Court for permission to have Elise M. Bloom and Diane Windholz of the New York City office of Jackson Lewis LLP appear *pro hac vice* in this proceeding. In support of this motion, Defendants submit the Certifications of Elise M. Bloom and Diane Windholz and state as follows:

1.    Ms. Bloom is a member in good standing of the Bars of the States of New York and Georgia; the United States District Courts for the Southern, Northern, Eastern and Western Districts of New York; the U.S. District Court of Connecticut; the U.S. District Court of Colorado; the U.S. District Court for the Northern, Southern and Middle District of Georgia; the U.S. District Court for the Eastern District of Michigan; and the U.S. Court of Appeals for the Second, Third, Fourth, Sixth, Seventh, Ninth and Eleventh Circuits.

2.    Ms. Windholz is a member in good standing of the Bar of the State of New York; the United States District Court for the Southern, Northern, Eastern, and Western Districts of New York; the United States District Court for the Districts of New Jersey, Connecticut and Colorado, and the United States Court of Appeals for the Second and Sixth Circuits.

3. There are no disciplinary proceedings pending against either Ms. Bloom or Ms. Windholz as a member of the Bar in any jurisdiction.

4. Ms. Bloom and Ms. Windholz are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. In the event that this Court grants this motion, Ms. Bloom and Ms. Windholz agree that they will represent Defendants in conjunction with the law firm of Jackson Lewis LLP in Boston, Massachusetts, including its attorney David J. Kerman, who is a member in good standing of the Bar of this Court.

WHEREFORE, Defendants respectfully request that this Court grant this Motion for Admission *Pro Hac Vice*.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Plaintiff has assented to this motion.

Respectfully submitted,

MORTON'S RESTAURANT GROUP, INC.,
AND MORTON'S OF CHICAGO, INC.

By their attorneys,

/s/ David J. Kerman
David Kerman (BBO #269370)
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; (617) 367-2155 (fax)

Dated: June 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2005, I caused a copy of the foregoing document to be served by first class mail, postage prepaid, on Plaintiff's attorney, Shannon Liss-Riordan, of Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, 5th Floor, Boston, MA  02108

/s/ Heather L. Stepler
Jackson Lewis LLP