UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
MARK JOHNSON, on behalf of himself and
all others similarly situated,

                      Plaintiffs,

    -against-                      Civil Action No.: 05 11058 MLW

MORTON'S RESTAURANT GROUP,
INC., and MORTON'S OF CHICAGO, INC.

                      Defendant.
---------------------------------------------------------------x

## CERTIFICATION OF ELISE M. BLOOM IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

     I, Elise M. Bloom, am a member of the law firm of Jackson Lewis LLP, counsel for Defendants. My office is located at 59 Maiden Lane, New York, New York 10038-4502.

     I am a member in good standing of the Bars of the States of New York and Georgia; the United States District Courts for the Southern, Northern, Eastern and Western Districts of New York; the U.S. District Court of Connecticut; the U.S. District Court of Colorado; the U.S. District Court for the Northern, Southern and Middle District of Georgia; the U.S. District Court for the Eastern District of Michigan; and the U.S. Court of Appeals, for the Second, Third, Fourth, Sixth, Seventh, Ninth and Eleventh Circuits.

     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct.

Dated: June __, 2005

_____
Elise M. Bloom

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of June, 2005, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on Plaintiff's attorney, Shannon Liss Riodan, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, 5th Floor, Boston, Massachusetts 02108.

_____
Jackson Lewis LLP

H:\WINDHOLD\Morton's\FLSA Collective Action\Pleadings\Cert of EMB.doc