UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
MARK JOHNSON, on behalf of himself and
all others similarly situated,

                      Plaintiffs,

-against-

MORTON'S RESTAURANT GROUP,          Civil Action No.: 05 11058 MLW
INC., and MORTON'S OF CHICAGO, INC.

                      Defendant.
---------------------------------------------------------------x

**CERTIFICATION OF DIANE WINDHOLZ IN SUPPORT OF
DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE***

    I, Diane Windholz, am a member of the law firm of Jackson Lewis LLP, counsel for Defendants. My office is located at 59 Maiden Lane, New York, New York 10038-4502.

    I am a member in good standing of the Bar of the State of New York; the United States District Court for the Southern, Northern, Eastern, and Western Districts of New York; the United States District Court for the Districts of New Jersey, Connecticut and Colorado, and the United States Court of Appeals for the Second and Sixth Circuits.

    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction. I am familiar with the Local Rules of the United States District for the District of Massachusetts.

    I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct.

Dated: June __, 2005

                                                      Diane Windholz

## CERTIFICATE OF SERVICE

I hereby certify that on this 17 day of June, 2005, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on Plaintiff's attorney, Shannon Liss Riodan, Pyle, Rome, Lichten & Ehrenberg, P.C., 18 Tremont Street, 5th Floor, Boston, Massachusetts 02108.

_____
Jackson Lewis LLP

H:\WINDHOLD\Morton's\FLSA Collective Action\Pleadings\Cert of DW.doc