UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTON'S RESTAURANT GROUP, INC., and MORTON'S OF CHICAGO, INC.<br><br>Defendants. | Civil Action No. 05-11058-MLW |

## MOTION OF DEFENDANTS TO COMPEL ARBITRATION AND TO STAY FURTHER PROCEEDINGS, FOR FEES AND COSTS AND/OR TO DISMISS PLAINTIFF'S CLASS CLAIMS

Defendants, Morton's Restaurant Group, Inc., and Morton's of Chicago/Boston, Inc. (incorrectly identified as Morton's of Chicago, Inc.) (hereinafter "Defendants" or "Morton's"), pursuant to the Federal Arbitration Act, 9 U.S.C. §§1, et seq., move to compel arbitration of the claims brought by Plaintiff, Mark Johnson (hereinafter "Plaintiff") in the above-captioned action, stay further proceedings, seek an order for fees and costs and/or to dismiss Plaintiff's class claims. In support of this motion, Defendants assert:

1. The action must be stayed and arbitration compelled because, as a condition of his employment with Morton's of Chicago/Boston Inc., Plaintiff agreed to arbitrate any and all disputes arising out of his employment.

2. Defendants are entitled to an award of fees and costs incurred in conjunction with this motion pursuant to the terms of the arbitration agreement.

3. Plaintiff's class claims should be dismissed for the additional reason that he is an inadequate class representative.

4.  In further support of this motion, Defendants submit a Memorandum of Reasons, the Declaration of David J. Kerman and the documents annexed thereto.

**WHEREFORE**, Defendants respectfully request that the Court enter an Order: (i) compelling arbitration of any and all disputes between Plaintiff and Defendants; (ii) awarding Defendants' attorneys' fees and costs; (iii) dismissing Plaintiff's class claims; and (iv) granting such other and further relief as this Court deems just and proper.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel for Defendants certify that they conferred with Plaintiff's counsel via facsimile correspondence, on June 10, 2005, regarding the filing of this Motion, but the parties were unable to resolve this dispute.

## REQUEST FOR ORAL ARGUMENT

Counsel for Defendants hereby request an oral hearing on this motion pursuant to Local Rule 7.1(D).

Respectfully submitted,

MORTON'S RESTAURANT GROUP, INC.
AND MORTON'S OF CHICAGO INC.

By their attorneys,

/s/ David J. Kerman
David J. Kerman (BBO #269370)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; (617) 367-2155 (fax)

Elise M. Bloom, *pro hac vice pending*
Diane Windholz, *pro hac vice pending*
JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

Dated: June 20, 2005