UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK JOHNSON, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>     v.<br><br>MORTON'S RESTAURANT GROUP, INC., AND MORTON'S OF CHICAGO, INC.,<br><br>         Defendants. | Civil Action No. 05-11058-MLW |

## DECLARATION OF DAVID J. KERMAN IN OPPOSITION TO PLAINTIFF'S MOTION TO FACILITATE §216(b) NOTICE

DAVID J. KERMAN, on oath, deposes and says as follows:

1. I am a member of the law firm of Jackson Lewis LLP, counsel of record for Defendants Morton's Restaurant Group, Inc. and Morton's of Chicago/Boston, Inc. (incorrectly identified as Morton's of Chicago, Inc.) (collectively referred to as "Defendants") in the above-captioned action. As such, I am fully familiar with the facts set forth herein.

2. This declaration is submitted in opposition to Plaintiff's Motion to Facilitate § 216(b) Notice (Plaintiff's "Motion to Facilitate").

3. To the best of my knowledge, Plaintiff's counsel did not contact any member of my firm handling this case in order to attempt in good faith to resolve or narrow the issues in Plaintiff's Motion to Facilitate prior to filing that Motion.

4. Plaintiff has not filed a certificate confirming his compliance with Local Rule 7.1(a)(2) of this Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 20, 2005.

/s/ David J. Kerman
David J. Kerman