UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

MARK JOHNSON, on behalf of himself )
and all others similarly situated, )
 )
                Plaintiff, )
 )  Civil Action No.
v. )  05-11058-MLW
 )
MORTON'S RESTAURANT GROUP, INC. )
And MORTON'S OF CHICAGO, INC., )
 )
                Defendants, )
_____ )

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

Plaintiff hereby states that he consents to arbitration of this case and therefore does not oppose Defendants' motion to compel arbitration.[1]

Attorneys' fees and costs are not warranted, as Defendants suggest in their motion, because Plaintiff had a good faith reason to file this case in court. As Defendants acknowledge, pursuant to the arbitration agreement, Morton's must pay the bulk of the arbitration fees. *See* Defendants' Memorandum in Support of Their Motion to Compel Arbitration, at 6 ("Morton's will bear virtually all the costs of the arbitration"). However, in a prior proceeding involving the same counsel for the claimants and for Morton's, Morton's opposed paying the

---

[1] This response is being filed late because Plaintiff's counsel only became aware of the filing of the motion last week. Defendants filed the motion electronically, and Plaintiff's counsel did not receive the papers either through electronic notification or hard copy. Although Defendants began the process of conferring regarding the filing of this motion prior to filing it, at the time it was filed Plaintiff had not yet given an answer as to whether he would consent to or oppose the motion. Plaintiff attempted to ascertain whether the Defendants would agree to pay the arbitration filing fee before deciding whether to oppose this motion or not, and did not know the answer to this question until his counsel saw the motion papers just last week.

share of the arbitration fee that the arbitration agreement requires.  Now that Morton's has acknowledged that it must bear virtually all the costs of the arbitration, Plaintiff does not oppose pursuing this case in that forum.

If this case returns to this Court in a future stage of these proceedings, Plaintiff does not consent to the referral of the case to the magistrate judge.

        Respectfully submitted,

        MARK JOHNSON, on behalf of himself
        and all others similarly situated,

        By his attorneys,

        _s/Shannon Liss-Riordan_____
        Shannon Liss-Riordan, BBO #640716
        Stephen Young, BBO #(pending)
        PYLE, ROME, LICHTEN, EHRENBERG
            & LISS-RIORDAN, P.C.
        18 Tremont Street, Suite 500
        Boston, MA 02108
        (617) 367-7200

Dated:     July 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon David Kerman, Esq., Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116 and Elise Bloom, Esq. and Diane Windholz, Esq., Jackson Lewis, LLP, 59 Maiden Lane, New York, NY 10038, by first class mail on July 26, 2005.

        __s/Shannon Liss-Riordan_____
        Shannon Liss-Riordan, Esq.