

| | | |
|---|---|---|
| Representing Management Exclusively in Workplace Law and Related Litigation | | |
| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | RALEIGH-DURHAM, NC |
| 75 Park Plaza | BOSTON, MA | MIAMI, FL | SACRAMENTO, CA |
| Boston, Massachusetts 02116 | CHICAGO, IL | MINNEAPOLIS, MN | SAN FRANCISCO, CA |
| | DALLAS, TX | MORRISTOWN, NJ | SEATTLE, WA |
| Tel 617 367-0025 | GREENVILLE, SC | NEW YORK, NY | STAMFORD, CT |
| Fax 617 367-2155 | HARTFORD, CT | ORLANDO, FL | WASHINGTON, DC REGION |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | WHITE PLAINS, NY |

July 27, 2005

**BY ELECTRONIC FILING**

Civil Clerk's Office
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

          Re:    Johnson v. Morton's Restaurant Group
                  Civil Action No. 05-11058 MLW

Dear Sir/Madam:

      Defendants consent to a transfer of the above-referenced matter to Magistrate Judge Bowler for all purposes.

                                 Very truly yours,

                                   JACKSON LEWIS LLP

                                   David J. Kerman

DJK/kam

cc:    Elise M. Bloom, Esq.
       Diane Windholz, Esq.
       Shannon Liss-Riordan, Esq.