UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK JOHNSON, on behalf of himself and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>MORTON'S RESTAURANT GROUP, INC., and MORTON'S OF CHICAGO, INC.<br>    Defendants. | Civil Action No.: 05-11058-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants, Morton's Restaurant Group, Inc. and Morton's of Chicago, Inc., in this matter. David J. Kerman remains as counsel for Defendants.

Respectfully submitted,

MORTON'S RESTAURANT GROUP, INC.
and MORTON'S OF CHICAGO, INC.

By their attorneys,

/s/ Heather L. Stepler
Heather L. Stepler (BBO # 654269)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025; (617) 367-2155 (fax)

Dated: August 5, 2005