```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


MARK JOHNSON et al,                )
     Plaintiff,                    )
                                   )
     v.                            )     C.A. No. 05-11058-MLW
                                   )
MORTON'S RESTAURANT GROUP et al,   )
     Defendants.                   )
```

ORDER

WOLF, D.J.                                           August 11, 2005

The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Defendant informed the court of their consent. Plaintiff did not respond and is, therefore, deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Bowler for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).


                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT COURT