UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
MARK JOHNSON, on behalf of himself and
all others similarly situated,

                            Plaintiffs,

      -against-                                 Civil Action No.: 05-11058-MLW

MORTON'S RESTAURANT GROUP,
INC., and MORTON'S OF CHICAGO, INC.

                            Defendant.
---------------------------------------------------------------- x

## DEFENDANTS' MOTION FOR ATTORNEYS' FEES

Pursuant to Local Rule 7.1 of the District of Massachusetts and the Arbitration Agreement[1] between the parties, Defendants, Morton's Restaurant Group, Inc. and Morton's of Chicago/Boston, Inc. (incorrectly identified as Morton's of Chicago, Inc. (hereinafter referred to as "Defendants")), move for an Order Awarding Attorneys' Fees to Defendants. In support of this Motion, Defendants submit the Declaration of Diane Windholz in Support of Defendants' Motion for Attorneys' Fees and the accompanying Memorandum of Law.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

On September 7, 2005, counsel for Defendants, Diane Windholz, Esq., spoke with counsel for Plaintiff, Shannon Liss-Riordan, Esq., advising Plaintiff of Defendants' intention to move for fees incurred in filing the Motion to Compel Arbitration. The parties were unable to resolve this dispute.

---

[1] Morton's of Chicago/Boston, Inc.'s Mandatory Arbitration Policy and Procedure for Resolving Disputes Arising out of Its Employees' Employment or Termination of Employment ("Arbitration Agreement").

WHEREFORE, Defendants respectfully move for an order awarding attorneys' fees.

        Respectfully submitted,

        MORTON'S RESTAURANT GROUP, INC.
        and MORTON'S OF CHICAGO, INC.

        By their attorneys,

        /s/ David J. Kerman
        David J. Kerman (BBO #269370)
        JACKSON LEWIS LLP
        75 Park Plaza
        Boston, Massachusetts 02116
        (617) 367-0025; (617) 367-2155 (fax)

        Elise M. Bloom, *pro hac vice granted*
        Diane Windholz, *pro hac vice granted*
        JACKSON LEWIS LLP
        59 Maiden Lane
        New York, New York 10038-4502
Dated: September 8, 2005    (212) 545-4000