## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------- X
MARK JOHNSON, on behalf of himself and
all others similarly situated,

                                    Plaintiffs,

            -against-
                                                               Civil Action No.: 05 11058 MLW
MORTON'S RESTAURANT GROUP,
INC., and MORTON'S OF CHICAGO, INC.

                                    Defendant.

------------------------------------------------------------- X
```

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## MORTON'S RESTAURANT GROUP, INC. AND MORTON'S OF CHICAGO, INC.

Defendant, Morton's Restaurant Group, Inc. is a corporation organized under the laws of

the State of Delaware and Morton's of Chicago, Inc. is a corporation organized under the laws of

the State of Illinois. Morton's Restaurant Group is the parent company of Morton's of Chicago, Inc.

Further, no publicly held company owns more than 10% of Defendants' stock.

Respectfully submitted,

MORTON'S RESTAURANT GROUP, INC. AND
MORTON'S OF CHICAGO, INC.

By its attorneys,


_____/s/ Heather Stepler_____
David Kerman, BBO # 269370
Heather Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts  02116
Dated:  September 15, 2005          (617) 367-0025