UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MARK JOHNSON, on behalf of himself          )
and all others similarly situated,          )
                                            )
                 Plaintiff,                  )
                                            )   Civil Action No.
v.                                          )   05-11058-MLW
                                            )
MORTON'S RESTAURANT GROUP, INC.             )
And MORTON'S OF CHICAGO, INC.,              )
                                            )
                 Defendants,                 )
_____ )

**PLAINTIFF'S MOTION TO DISMISS**

As instructed by Magistrate Judge Bowler at the status conference held on September 22, 2005, Plaintiff hereby moves to dismiss this case without prejudice so that it may proceed in arbitration.[1]

Defendants' request for attorneys' fees should be denied for the reasons stated in Plaintiff's Response to Defendants' Motion for Attorneys' Fees, filed on September 22, 2005. In addition, Defendants' request for sanctions for Plaintiff's failure to confer on his initial Motion to Facilitate §216(b) Notice should be denied, since this motion was filed prior to Defendants' counsel entering an appearance in this case.

---

[1] On July 26, 2005, Plaintiff submitted a response to Defendants' Motion to Compel Arbitration in which he stated that he consented to arbitration, since Defendants had acknowledged in their motion their obligation to pay virtually all of the costs of arbitration. However, Defendants have still not paid their share of the initial filing fee with the AAA, thus requiring Plaintiff to bear this cost ($3,100). If Defendants persist in their refusal to pay this fee as required by the parties' arbitration agreement, the Plaintiff reserves the right to reinstate this action in court.

        Respectfully submitted,

        MARK JOHNSON, on behalf of himself and all others similarly situated,

        By his attorneys,

        _s/Shannon Liss-Riordan_____
        Shannon Liss-Riordan, BBO #640716
        Stephen Young, BBO #662914
        PYLE, ROME, LICHTEN, EHRENBERG
            & LISS-RIORDAN, P.C.
        18 Tremont Street, Suite 500
        Boston, MA 02108
        (617) 367-7200

Dated:    September 27, 2005

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

    I hereby certify that I conferred with Diane Windholz, Counsel for Defendants, regarding the subject of this motion, and she stated that Defendants do not oppose the dismissal of this action.

        __s/Shannon Liss-Riordan_____
        Shannon Liss-Riordan, Esq.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon David Kerman, Esq., Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116 and Elise Bloom, Esq. and Diane Windholz, Esq., Jackson Lewis, LLP, 59 Maiden Lane, New York, NY 10038, by first class mail on September 27, 2005.

        __s/Shannon Liss-Riordan_____
        Shannon Liss-Riordan, Esq.