UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK JOHNSON, on Behalf of Himself
and All Others Similarly Situated,
    Plaintiffs,

    v.                                         CIVIL ACTION NO.
                                              05-11058-MLW

MORTON'S RESTAURANT GROUP, INC.
and MORTON'S OF CHICAGO, INC.,
    Defendants.

**REPORT AND RECOMMENDATION RE:**
**PLAINTIFF'S MOTION TO DISMISS**
**(DOCKET ENTRY # 26)**

**November 16, 2005**

**BOWLER, U.S.M.J.**

    This court conducted a hearing on the motion to dismiss the above styled action without prejudice (Docket Entry # 26) on November 14, 2005.  Inasmuch as the parties have agreed to go forward with arbitration, this court **RECOMMENDS**[1] that the motion to dismiss this action without prejudice (Docket Entry # 26) be **ALLOWED** and that this action be dismissed without prejudice.

                                            /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge

---

[1] Any objections to this Report and Recommendation must be filed with the Clerk of Court within ten days of receipt of the Report and Recommendation to which objection is made and the basis for such objection.  Any party may respond to another party's objections within ten days after service of the objections.  Failure to file objections within the specified time waives the right to appeal the order. United States v. Escoboza Vega, 678 F.2d 376, 378-379 (1st Cir. 1982); United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986).