UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MARK JOHNSON, ET AL.,          )
     Plaintiffs,               )
                               )
     v.                        )     C.A. No. 05-11058-MLW
                               )
MORTON'S RESTAURANT GROUP,     )
INC., ET AL.,                  )
     Defendants.               )
```

<u>ORDER</u>

WOLF, D.J.                                           January 9, 2006

The Magistrate Judge reports that the parties have agreed to arbitrate the dispute involved in this case and no objection has been filed to her recommendation that it be dismissed without prejudice.  <u>See</u> Docket No. 29.  Accordingly, this case is hereby DISMISSED without prejudice.


                                   /S/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE